Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

CHERYL LEE CARMODY

CASE NO. 14-70316-HDH-13

AKA1: CHERYL STANFORD                          AKA2:
DBA1: FDBA SEASON 2 THRIFT STORE               DBA2:
SS#1: xxx-xx- 1126                             SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date: <u>10/29/2014</u>  Orig. Time: <u>11:00 AM</u>          Reset Date:              Reset Time:

  B. Meeting Results:          <u>Adjourned</u>

  C. Debtor(s):   <u>Debtor 1 Appeared</u>

  D. Attorney for Debtor(s):    <u>Appeared</u>

  E. Creditor Appearance:    None

  F. Amount Paid to the Trustee as of       10/30/2014    <u>$430.00</u>     First Payment Due Date:    <u>10/30/2014</u>

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:    B22C Form is:    <u>Complete</u>

      Budgeted Income:   <u>$5,222.36</u>    Expense:   <u>$4,792.36</u>   Surplus:   <u>$430.00</u>

      Plan Payment:   <u>$430.00</u>  <u>Monthly</u>                           Plan Term(Months):   <u>60</u>

  I. Value of Non-Exempt Property:          <u>$0.00</u>  Proposed Amount to Unsecured Creditors:        <u>$0.00</u>

    <u>  </u>  Objection to Exemption of:

    <u>  </u>  Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

    <u>  </u>  Object to Invoke Stay Pleading

    <u>  </u>  Case Converted from Chapter 7, Bar Date Set:    <u>1/27/2015</u>    Date Converted from Chapter 7:

  J. Required Information:    <u>Good</u>

  K. Business Information:

  L. Object to Confirmation:    <u>Yes</u>

      Plan fails to provide for TX Comptroller's $247 priority tax claim listed on Sch E
      Plan fails to provide for Service Loan's $536.00 priority claim
      Feasibility until all claims are properly treated
      Tax return affidavit
      Sch I Mrs' child support is $647.46 not $597.66
      Sch I fails to include all income sources
      Trustee requests Mrs' new income records & WW Directive
      Sch J lists excessive expenses
      Failure to include all disposable income

  M. Financial Management Class:    <u>Debtor 1 Appeared</u>

  N. Eligibility:

      Certificate of Credit Counseling Filed:    <u>Debtor 1 Only</u>

      Credit Counseling Provider Approved:                     <u>Yes</u>

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):     <u>No</u>

  O. Domestic Support Obligation:          <u>$0.00</u>   Current:          Arrears:        <u>$0.00</u>

      Affidavit and Disclosure of Domestic Support Obligations Received:  <u>Yes</u>

  P. Remarks:    Questions
        -Plan fails to provide for TX Comptroller's $247 priority tax claim listed on Sch E
      It will be treated when a claim is filed.
        -Plan fails to provide for Service Loan's $536.00 priority claim
        -Feasibility until all claims are properly treated
        -Tax return affidavit

Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

         -States 2010-12 are not required, but does not address 2013.
    -Sch I Mrs' child support is $647.46 not $597.66
      -$49.80 difference based on $298.83 bi-weekly
Correct
    -Sch I fails to include all income sources
      -Mrs employed now?
No, but she does have the disabiity
      -Son(20) contribute to household?
No, he is not linger in the household.
    -Trustee requests Mrs' new income records & WW Directive
N/A
    -Sch J lists excessive expenses
      -Nat'l Std 4, 2, & 2 $4,793 -- Adj Nat'l Std $4,793 -- Adjusted by $0
      -Sch J $4,792 & debt in plan $326 totals $5,118 or $325 above Adj Nat'l Std
      -Car insurance $49 not $168
She will get a new dec page
      -$319 phone/internet/cable
3 phones & house. Phones only. No cable and interent on
      -Spouse's personal loans $250, Spouse's Auto Ins $259, Spouse's fuel $800
Steinberger out of windthorst. He is not paid for any travel. No transportation is provided.
She has no involvment in those other debts of his.
Auto is for 3-4 cars. Part of that is the house insurance.
      -Failure to include all disposable income

Dated:    <u>10/29/2014</u>

                                       /s/ Robert B. Wilson
                                       Standing Bankruptcy Trustee
                                       By:     Brent Hagan

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | **14-70316** | | | |
| **Debtor:** | | **Carmody** | | | |
| **Attorney:** | | **White** | | | |
| **Presiding Officer:** | | **Brent Hagan** | | | |
| **Calculation Date:** | | | | | **10/28/2014 12:12** |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Cap One | $16,738.00 | 5.50% | 60 | $319.72 | $19,182.92 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| TX Comp - $247 on Sch E | $0.00 | | 1 | $0.00 | $0.00 |
| Service Loan - $536 provided u/s | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Attorney Fees        Paid Through the Plan** | $3,275.00 | | $3,275.00 |
| **Noticing Fees** | $158.40 | | $158.40 |
| **Clerk Filing Fees** | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | **$0.00** | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $3,275.00 | | |
| Less Noticing Fees | $158.40 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- | |

| | |
|---|---|
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $33,025.92 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $25,111.64 |
| Debtor Plan Base (Monthly Payment X Term) | $25,800.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $688.36 |

**Comments:**